

# Fourth Court of Appeals
## San Antonio, Texas

March 12, 2019

No. 04-19-00116-CV

Rodulfo **MENDEZ**,
Appellant

v.

**CITY OF SAN ANTONIO CODE COMPLIANCE**,
Appellee

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2014TA102976
Honorable Antonia Arteaga, Judge Presiding

# O R D E R

The clerk's notification of late record is hereby GRANTED. Time is extended to April 4, 2019.

It is so ORDERED on March 12, 2019.

PER CURIAM

ATTESTED TO: _____
KEITH E. HOTTLE,
Clerk of Court